# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

**FILED**
06/09/2023
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

2:23-cv-00284-MPB-MJD

(Full name of plaintiff(s))

_Melvin Wes Harney_

v.

(Full name of defendant(s))

_Parole SPA Zachary Schultz_
_Gwendolyn M. Horth, Chair,_
_Charles F. Miller Vice chair_
_Tracy J Berry / Mia E. Kelsaw / James W. Shaffer_

Case Number:

_____
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
   (State)

   _I.S.F. 1946 West US 40 Greencastle In 46135_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Parole SPA Zachary Schultz_
   (Name)

is (if a person or private corporation) a citizen of _Indiana_
(State, if known)

and (if a person) resides at _N/A_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Parole District (PD3) 6900 E. 30th Street Indianapolis, In 46219_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Parole Officer SPA Zachary Schultz, violated my Parole on Rule 10 Failure to Follow Agent instructions, I was sent back to ISF Prison, on a Parole violation on Sep 1, 2019 at that time every Case Manager i had told me that, they could not give me, My Parole Officer Zachary Schultz, progress note on me, until Jan 18, 2023 when My New Case Manager Montgomery went in to My Parole Officer, File's, and gave me the progress notes on why he violated my Parole, and that's when i discover how he constantly, contradicted, his statement, on me working at the Convention Center during Gen Con,

in one of the Parole Progress report note SPA Zachary Schultz stated, that he gave me permission to work at the Convention Center only during none Business hours, then on another Parole Progress report note Zachary Schultz says i could not be at the Convention Center at all due to Gen Con being held and the chances of many minor's being in the area, I know nothing about this until i was violated For working around Children, I Feel that i was set up For Failure Parole Officer, Zachary Schults put me Parolee Harney in a risky, harmful, matter, of being in Arms way of a violation, Parolee Harney has No case of sex crimes against children When i was release on Parole My Parole Officer had me live, at Park Terrance Motel-9025-Pendleton Pike in the Front entrance of the Motels property there's a play ground, where children Congregat at, My room was 45 Feet from the play ground i would come incontact with Children, when i would go back, and Forth to work My Parole Officer Zachary Schultz never violated me For Living around children, this went on from, Dec 12, 2018 To May 12, 2019,

Then Parole Officer SPA Zachary Schultz, then had me moved to Motel eight on East 38Th and Shadland, and right across from Motel eight, was a daycare, and once again Parole Officer SPA Zachary Schultz, says nothing about me violating my Parole, are being at risk of a violation, even though they had me under, Sex Offender Stipulation against children So i became relaxes, and comfortable i had no Sex crime against children, then when i got a job at the Convention Center For Gen Con, My Parole was violated, For working around minors. My Parole Officer SPA Zachary Schultz Constantly Contradicted his statement, that i could work only during none Business hours, and then says he never gave me permission to work at the Convention Center, Then says i could not work there at all My Parole Violation was based on a Bias, Racist act meaning, My Parole Officer SPA Zachary Schultz had me Live in Motels, that was in Low income neighborhoods that was majority black, The daycare that i lived right next to was majority black, The other Motel

I lived in was in a Low income area as well, and i came in contact constantly with children, My Parole Officer Zachary Schultz, never had a problem with this, it wasn't a issue, But when i started working at the Convention Center during Gen Con, where 85-Percent of Gen Con's population of Fan's are young white males, between the ages, of 11 to 31, My Parole Officer took Action, and violated my Parole, this is racist, and Bias, i have No Sex crime against children, it was OK to Live around Black children, But you can't work around white children I am under a Plea Agreement Contract, i signed in Dec 12, 1996, it says nothing about me agreeing to not live around children, are work around children, are be around Parks, Schools, Daycares, Shopping Malls, My Plea Says, nothing about being under Sex Offender Stipulation against Children, My Parole Officer Zackary Schultz, violated the agreement that i made with the State, The Plea Agreement has been Breach, by My Parole Officer, who did not Follow The terms, and promises that the state agree with.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _55,000_.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

_Remove him from any Law enforcement Job with the State / and bring Charges against him_

Complaint - 6

E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
  OR

☐ Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20____.

Respectfully Submitted,

_____
Signature of Plaintiff

_973325_
Plaintiff's Prisoner ID Number

_Putnamville Correctional Facility_

_1946 West US Highway 40 - GreenCastle, In 46135_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

**FILING FEE**

[x] I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.