UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MELVIN WES HARNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00284-MPB-MJD ) |
| ZACHARY SCHULTZ, GWENDOLYN M. HORTH, CHARLES F. MILLER, TRACY J. BERRY, MIA E. KELSAW, JAMES W. SHAFFER, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This case is dismissed **without prejudice**.

Dated: September 19, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

MELVIN WES HARNEY
973325
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only