UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MELVIN WES HARNEY,<br><br>    Plaintiff,<br><br>  v.<br><br>ZACHARY SCHULTZ Parole SPA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  No. 2:23-cv-00284-MPB-MJD<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Dated: May 7, 2024

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

Distribution:

MELVIN WES HARNEY
3739 Ireland Drive
Indianapolis, IN 46235